IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Christopher Bailey<br>     Debtor, | BANKRUPTCY CASE NUMBER<br>1:23-bk-01031-HWV |
| Carrington Mortgage Services, LLC as servicer<br>for J.P. Morgan Mortgage Acquisition Corp.<br>     Movant.<br>v. | CHAPTER 13<br><br>11 U.S.C. § 362 |
| Christopher Bailey<br>     Debtor/Respondent, | |
| Jack N Zaharopoulos, Trustee<br>     Additional Respondent. | |

**ORDER**

    AND NOW, this _____ day of _____, 2023, it is hereby ORDERED that the foregoing Stipulation is approved, shall be, and is made an Order of this Court.


                          BY THE COURT:


                          _____
                          HONORABLE HENRY W. VAN ECK
                          UNITED STATES BANKRUPTCY JUDGE