IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Christopher Bailey<br>    Debtor, | BANKRUPTCY CASE NUMBER<br>1:23-bk-01031-HWV |
| Carrington Mortgage Services, LLC as servicer for J.P. Morgan Mortgage Acquisition Corp.<br>    Movant.<br>v. | CHAPTER 13<br><br>11 U.S.C. § 362 |
| Christopher Bailey<br>    Debtor/Respondent,<br><br>Jack N Zaharopoulos, Trustee<br>    Additional Respondent. | |

**ORDER**

Upon consideration of the Stipulation filed in resolution of the Motion for Relief from the Automatic Stay, Doc. 40, it is

**ORDERED** that the Stipulation is **APPROVED**.

By the Court,

_/s/ Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: November 3, 2023