IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Christopher Bailey<br>    Debtor, | BANKRUPTCY CASE NUMBER<br>**1:23-bk-01031-HWV** |
| Carrington Mortgage Services, LLC as servicer for J.P. Morgan Mortgage Acquisition Corp.<br>    Movant.<br>v. | CHAPTER 13<br><br>11 U.S.C. § 362 |
| Christopher Bailey<br>    Debtor/Respondent, | |
| Jack N Zaharopoulos, Trustee<br>    Additional Respondent. | |

## CERTIFICATION OF DEFAULT

The undersigned, Attorney for Movant, certifies that Debtor has defaulted upon the terms of this Court's Stipulation and Order dated November 3, 2023. It is further certified that the attached notice, marked as Exhibit "A," was served upon the Debtor and Debtor's Attorney on December 26, 2023. The Debtor has failed to cure the default as set forth in the Notice. The Debtor has failed to make the following payments:

| | |
|---|---:|
| Regular payments of $706.17 from November 1, 2023 through January 1, 2024 | $2,118.51; |
| Attorney Fees associated with this default | $0.00 |
| **TOTAL DEFAULT** | **$2,118.51** |

Accordingly, pursuant to the Stipulation and Order, Movant respectfully requests this Court to enter the attached Order granting Movant relief from the automatic stay.

Dated: 01/30/2024

BY: */s/ Christopher A. DeNardo*
Christopher A. DeNardo 78447
Heather Riloff - 309906
LOGS Legal Group LLP
985 Old Eagle School Road, Suite 514
Wayne, PA 19087
(610) 278-6800
logsecf@logs.com