IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Christopher Bailey<br>　　　Debtor, | BANKRUPTCY CASE NUMBER<br>**1:23-bk-01031-HWV** |
| Carrington Mortgage Services, LLC as servicer for J.P. Morgan Mortgage Acquisition Corp.<br>　　　Movant.<br>v. | CHAPTER 13<br><br>11 U.S.C. § 362 |
| Christopher Bailey<br>　　　Debtor/Respondent,<br><br>Jack N Zaharopoulos, Trustee<br>　　　Additional Respondent. | |

## **O R D E R**

　　　AND NOW, this _____ day of _____, 2024, after notice to all required parties and certification of default under the terms of this Court's Order of November 3, 2023 it is

　　　ORDERED AND DECREED that the Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (the "Code"), 11 U.S.C. § 362, is lifted to allow Movant, or its successors, if any, to proceed with, or to resume proceedings in Mortgage Foreclosure, including, but not limited to Sheriff's or Marshal's Sale of 18 North Franklin Street, Waynesboro, PA 17268; and to take action, by suit or otherwise as permitted by law, in its own name or the names of its assignee, to obtain possession of said premises; and it is

　　　FURTHER ORDERED that Rule 4001(a)(3) is not applicable and Movant, or its successors, if any, may immediately implement this order.

　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　HONORABLE HENRY W. VAN ECK
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE