IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Christopher Bailey<br>    Debtor, | BANKRUPTCY CASE NUMBER<br>**1:23-bk-01031-HWV** |
| Carrington Mortgage Services, LLC as servicer for J.P. Morgan Mortgage Acquisition Corp.<br>    Movant.<br>v. | CHAPTER 13<br><br>11 U.S.C. § 362 |
| Christopher Bailey<br>    Debtor/Respondent,<br><br>Jack N Zaharopoulos, Trustee<br>    Additional Respondent. | |

### **CERTIFICATE OF SERVICE**

I, Christopher A. DeNardo, an employee of the law firm of LOGS Legal Group LLP hereby certify that I caused to be served true and correct copies of Certification of Default by First Class Mail, postage prepaid, at the respective last known address of each person set forth below on this 31st day of January, 2024:

Christopher Bailey
18 N. Franklin Street
Waynesboro, PA 17268

Michael A. Cibik, Esquire, Cibik Law, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102
mail@cibiklaw.com - VIA ECF

Jack N Zaharopoulos, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036 - VIA ECF

I HEREBY CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

*/s/ Christopher A. DeNardo*
Christopher A. DeNardo 78447
Heather Riloff - 309906
LOGS Legal Group LLP
985 Old Eagle School Road, Suite 514
Wayne, PA 19087
(610) 278-6800
logsecf@logs.com