IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Christopher Bailey<br>    Debtor, | BANKRUPTCY CASE NUMBER<br>**1:23-bk-01031-HWV** |
| Carrington Mortgage Services, LLC as servicer for J.P. Morgan Mortgage Acquisition Corp.<br>    Movant.<br>v. | CHAPTER 13<br><br>11 U.S.C. § 362 |
| Christopher Bailey<br>    Debtor/Respondent,<br><br>Jack N Zaharopoulos, Trustee<br>    Additional Respondent. | |

## ORDER

Upon consideration of the certification of default under the terms of the Stipulation approved by the Court on November 3, 2023, it is

**ORDERED** that the Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (the "Code"), 11 U.S.C. § 362, is lifted to allow Movant, or its successors, if any, to proceed with, or to resume proceedings in Mortgage Foreclosure, including, but not limited to Sheriff's or Marshal's Sale of 18 North Franklin Street, Waynesboro, PA 17268; and to take action, by suit or otherwise as permitted by law, in its own name or the names of its assignee, to obtain possession of said premises. It is further

**ORDERED** that Rule 4001(a)(3) is not applicable and Movant, or its successors, if any, may immediately implement this Order.

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: January 31, 2024