In re:  Case No. 23-01031-HWV
Christopher David Bailey  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3
Date Rcvd: Feb 29, 2024      Form ID: ordsmiss      Total Noticed: 25

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 02, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Christopher David Bailey, 18 N Franklin St, Waynesboro, PA 17268-1208 |
| 5540021 | + | Accts Advoca, 1001 S Fourth Street, Hamburg, PA 19526-9211 |
| 5540023 | | Borough of Waynesboro, 55 E Main St, Waynesboro, PA 17268-1673 |
| 5540027 | | Franklin County Tax Claim Bureau, 272 N 2nd St, Chambersburg, PA 17201-1642 |
| 5540030 | # | LOGS Legal Group LLP, 3600 Horizon Dr Ste 150, Kng of Prussa, PA 19406-4702 |
| 5540034 | | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 5540036 | | U.S. Attorney, Middle District of Pa., 235 N Washington Ave Ste 311, Scranton, PA 18503-1533 |
| 5540038 | + | Waynesboro Area School District, 210 Clayton Ave, Waynesboro, PA 17268-2066 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: BKBCNMAIL@carringtonms.com | Feb 29 2024 18:52:00 | J.P. Morgan Mortgage Acquisition Corp., 1600 South Douglass Road, Anaheim, CA 92806 |
| 5540022 | EDI: TSYS2 | Feb 29 2024 23:50:00 | Barclays Bank Delaware, Attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |
| 5580815 | Email/Text: BKBCNMAIL@carringtonms.com | Feb 29 2024 18:52:00 | J.P. Morgan Mortgage Acquisition Corp., c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806 |
| 5540025 | Email/Text: BKBCNMAIL@carringtonms.com | Feb 29 2024 18:52:00 | Carrington Mortgage Services, Attn: Bankruptcy Attn: Bankruptcy, 1600 S Douglass Rd Ste 110, Anaheim, CA 92806-5948 |
| 5548607 | Email/Text: BKBCNMAIL@carringtonms.com | Feb 29 2024 18:52:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Rd, Anaheim, CA 92806 |
| 5540024 | + EDI: CAPITALONE.COM | Feb 29 2024 23:50:00 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 5540026 | + EDI: AMINFOFP.COM | Feb 29 2024 23:50:00 | First Premier Bank, Attn: Bankruptcy, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 5540028 | EDI: IRS.COM | Feb 29 2024 23:50:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5540029 | Email/Text: PBNCNotifications@peritusservices.com | Feb 29 2024 18:52:00 | Kohls/Capital One, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 5543078 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 29 2024 18:55:44 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5540031 | EDI: AGFINANCE.COM | Feb 29 2024 23:50:00 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |

| | | | | |
|---|---|---|---|---|
| 5540032 | | Email/Text: fesbank@attorneygeneral.gov | Feb 29 2024 18:52:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120 |
| 5540033 | | EDI: PENNDEPTREV | Feb 29 2024 23:50:00 | Pennsylvania Department of Revenue, Bankruptcy Division, Po Box 280946, Harrisburg, PA 17128-0946 |
| 5540033 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 29 2024 18:52:00 | Pennsylvania Department of Revenue, Bankruptcy Division, Po Box 280946, Harrisburg, PA 17128-0946 |
| 5554593 | + | EDI: JEFFERSONCAP.COM | Feb 29 2024 23:50:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 5540035 | | EDI: SYNC | Feb 29 2024 23:50:00 | Syncb/Wolf Furniture, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5540037 | ^ | MEBN | Feb 29 2024 18:47:08 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 5548654 | | Email/Text: bkrcy@ugi.com | Feb 29 2024 18:52:00 | UGI Utilities, Inc., PO Box 13009, Reading, PA 19612 |

TOTAL: 18

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2024          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 29, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christopher A DeNardo | on behalf of Creditor J.P. Morgan Mortgage Acquisition Corp. logsecf@logs.com cistewart@logs.com |
| Heather Riloff | on behalf of Creditor J.P. Morgan Mortgage Acquisition Corp. logsecf@logs.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael A. Cibik | on behalf of Debtor 1 Christopher David Bailey help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Christopher David Bailey, | Chapter | 13 |
| **Debtor 1** | | |
| | Case No. | 1:23−bk−01031−HWV |

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

*Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: February 29, 2024

ordsmiss (05/18)