# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Christopher David Bailey,

Debtor.

Case No. 1:23-bk-01031-HWV

Chapter 13

**Order Approving Application to Approve Compensation**

**AND NOW**, upon consideration of the Application to Approve Compensation filed by Cibik Law, P.C., and no objections having been filed to the notice of the application, it is hereby **ORDERED** that:

1. The application is **APPROVED.**
2. Cibik Law, P.C. is **ALLOWED** compensation in the amount of $4,500.00.
3. The balance due to counsel in the amount of $3,500 shall be disbursed by the Trustee.