United States Bankruptcy Court<br>
Middle District of Pennsylvania

| In re: | Case No. 1:23-bk-01031-HWV |
|---|---|
| Christopher David Bailey, | Chapter 13 |
| Debtor. | |

## Certificate of Service

I certify that on this date I served a true and correct copy of the Application to Approve Compensation and the amended notice on the following parties by first class mail or through the CM/ECF system:

U.S. Trustee (CM/ECF)

Jack N. Zaharopoulos (CM/ECF)

Christopher David Bailey
18 N Franklin St
Waynesboro, PA 17268-1208

Accts Advoca
1001 S Fourth Street
Hamburg, PA 19526     (5540021)

Barclays Bank Delaware
Attn: Bankruptcy
PO Box 8801
Wilmington, DE 19899-8801     (5540022)

Borough of Waynesboro
55 E Main St
Waynesboro, PA 17268-1673     (5540023)

Capital One
P.O. Box 30285
Salt Lake City, UT 84130     (5540024)

Carrington Mortgage Services, LLC
1600 South Douglass Rd
Anaheim, CA 92806     (5548607)

First Premier Bank
Attn: Bankruptcy
PO Box 5524
Sioux Falls, SD 57117     (5540026)

Franklin County Tax Claim Bureau
272 N 2nd St
Chambersburg, PA 17201-1642

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346     (5540028)

J.P. Morgan Mortgage Acquisition Corp.
c/o Carrington Mortgage Services, LLC
1600 South Douglass Road
Anaheim, CA 92806     (5580815)

Kohls/Capital One
Attn: Credit Administrator
PO Box 3043
Milwaukee, WI 53201-3043     (5540029)

LOGS Legal Group LLP
3600 Horizon Dr Ste 150
Kng of Prussa, PA 19406-4702     (5540030)

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587     (5543078)

OneMain Financial
PO Box 3251
Evansville, IN 47731-3251     (5540031)

Pennsylvania Attorney General
16th Floor, Strawberry Square
Harrisburg, PA 17120     (5540032)

Pennsylvania Department of Revenue
Bankruptcy Division
Po Box 280946
Harrisburg, PA 17128-0946     (5540033)

Pennsylvania Office of General Counsel
333 Market St Fl 17
Harrisburg, PA 17101-2210     (5540034)

Premier Bankcard, LLC
Jefferson Capital Systems LLC Assignee
Po Box 7999
Saint Cloud MN 56302-9617     (5554593)

Syncb/Wolf Furniture
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896-5060     (5540035)

U.S. Attorney, Middle District of Pa.
235 N Washington Ave Ste 311
Scranton, PA 18503-1533     (5540036)

U.S. Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530-0009    (5540037)

UGI Utilities, Inc.
PO Box 13009
Reading, PA 19612    (5548654)

Waynesboro Area School District
210 Clayton Ave
Waynesboro, PA 17268-2065    (5540038)

Date: March 8, 2024

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Case No. 1:23-bk-01031-HWV |
| Christopher David Bailey, | Chapter 13 |
| Debtor. | |

**Order Approving Application to Approve Compensation**

**AND NOW**, upon consideration of the Application to Approve Compensation filed by Cibik Law, P.C., and no objections having been filed to the notice of the application, it is hereby **ORDERED** that:

1. The application is **APPROVED.**
2. Cibik Law, P.C. is **ALLOWED** compensation in the amount of $4,500.00.
3. The balance due to counsel in the amount of $3,500 shall be disbursed by the Trustee.