**Exhibit B**
**Summary and Itemization of Fees**

| Case Number | Debtor Name | Period |
|---|---|---|
| | Christopher David Bailey | |

| Summary of Fees |
|---|
| MAC, Michael A. Cibik, Attorney, $350 - MIA, Michael I. Assad, Attorney, $350 - IR, Iesha Reid, Paralegal, $125 - Nancy Matteis, Paralegal, $125 |

| Date | Staff | Description | Hours |
|---|---|---|---|
| 05/01/2023 | MAC | Initial consultation | 1.00 |
| 05/08/2023 | MAC | Drafted petition, SSN statement, and creditor list | 1.00 |
| 05/08/2023 | MAC | Prepared petition, SSN statement, creditor list, and filed with court | 0.50 |
| 05/22/2023 | MAC | Prepared and filed motion to extend time to file schedules | 0.10 |
| 05/22/2023 | MAC | Drafted motion to extend time to file schedules | 0.10 |
| 06/05/2023 | MAC | Reviewed debtor's credit report, pay stubs, and tax return | 1.50 |
| 06/05/2023 | MAC | Drafted schedules, statements, and other documents | 3.00 |
| 06/05/2023 | MAC | Calculated and drafted chapter 13 plan | 1.00 |
| 06/05/2023 | MAC | Prepared and filed schedules and plan with the court | 1.00 |
| 06/05/2023 | MAC | Served chapter 13 plan | 0.50 |
| 06/20/2023 | MAC | Reviewed objection to confirmation of plan by mortgage co | 0.30 |
| 06/22/2023 | MAC | Represented debtor at meeting of creditors | 0.50 |
| 06/29/2023 | MAC | Reviewed objection to confirmation of plan by trustee | 0.10 |
| 07/31/2023 | MAC | Drafted first amended plan | 1.00 |
| 07/31/2023 | MAC | Prepared first amended plan, notice, and served both | 1.00 |
| 08/18/2023 | MAC | Reviewed motion for relief from stay | 0.30 |
| 08/25/2023 | MAC | Prepared and filed MFR response | 0.20 |
| 08/28/2023 | MAC | Drafted response to motion for relief | 0.10 |
| 09/01/2023 | MAC | Discussions with attorney for mortgage co re: MFR resolution | 0.30 |
| 10/26/2023 | MAC | Reviewed stipulation resolving motion for relief | 0.50 |

| | |
|---:|---:|
| Total Attorney Hours | 11.20 |
| Attorney Hourly Rate | $350.00 |
| **Attorney Total** | **$3,920.00** |
| Total Paralegal Time | 2.80 |
| Paralegal Hourly Rate | $125.00 |
| **Paralegal Total** | **$350.00** |
| Subtotal | $4,270.00 |
| Adjustment | $0.00 |
| **Grand Total** | **$4,270.00** |
| Pre-Petition Payment | $1,000.00 |
| Balance Due | $3,500.00 |
| Unaccounted Time | 0.00 |