UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: CHRISTOPHER DAVID BAILEY | : | CHAPTER 13 |
| Debtor(s) | : | |
| | : | |
| JACK N. ZAHAROPOULOS | : | |
| STANDING CHAPTER 13 TRUSTEE | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| CHRISTOPHER DAVID BAILEY | : | |
| Respondent(s) | : | CASE NO. 1-23-bk-01031 |

## WITHDRAWAL OF TRUSTEE'S OBJECTION TO FEE APPLICATION OF ATTORNEY FOR CHAPTER 13 DEBTOR FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

AND NOW, this 10h day of May, 2024, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and requests that the Trustee's Objection to Fee Application of Attorney for Chapter 13 Debtor for Compensation and Reimbursement of Expenses filed on or about March 28, 2024, be withdrawn as all issues have been resolved.

                                                        Respectfully submitted:

                                                        /s/Jack N. Zaharopoulos
                                                        Standing Chapter 13 Trustee
                                                        8125 Adams Drive, Suite A
                                                        Hummelstown, PA 17036
                                                        (717) 566-6097

## CERTIFICATE OF SERVICE

    AND NOW, this 10th day of May, 2024, I hereby certify that I have served the within Motion by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Michael A. Cibik, Esquire
1500 Walnut Street, Suite 900
Philadelphia, PA 19102

            /s/Paige Niemond
            Office of Jack N. Zaharopoulos
            Standing Chapter 13 Trustee