UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Christopher David Bailey,

Debtor.

Case No. 1:23-bk-01031-HWV

Chapter 13

### ORDER

Upon consideration of the Application to Approve Compensation filed by Cibik Law, P.C., Doc. 51, and all objections having been resolved, it is

**ORDERED** that:

1. The application is **APPROVED.**
2. Cibik Law, P.C. is **ALLOWED** compensation in the amount of $4,500.00.
3. The balance due to counsel in the amount of $3,500 shall be disbursed by the Trustee.

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: May 13, 2024